

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:       01-12-01173-CR

Style:       *Lydell Grant*

      ***v.** The State of Texas*

Date motion filed[*]:       January 16, 2014

Type of motion:       Motion to Relieve Appointed Counsel

Party filing motion:       Appellant

Document to be filed:

If motion to extend time:

      Deadline to file document:

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

☐    Granted
If document is to be filed, document due:

      ☐    The Clerk is instructed to file the document as of the date of this order

      ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Evelyn V. Keyes
      ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____.

Date: April 1, 2014